UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY DENISE WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH AND LIFE INSURANCE COMPANY, a corporation; et al.,<br><br>Defendants. | Case No.  1:21-cv-00156-AWI-BAM<br><br>**ORDER GRANTING REQUEST TO CONTINUE AUGUST 31, 2021 STATUS CONFERENCE**<br><br>(Doc. 32) |

On August 27, 2021, the parties appearing in this action filed a Joint Status Report.  (Doc. 32.)  According to the report, the parties met and conferred regarding the appropriate defendant in this matter, noting that the following defendants had been dismissed:  Aetna Health and Life Insurance Company; Aetna, Inc.; CVS Pharmacy, Inc.; and CVS Services, Incorporated.  (*Id.* at 2, citing Docs. 29, 30.)  The parties indicated that "[o]thers will be dismissed soon."  (Doc. 32 at 2.)

Additionally, the parties reported that they have agreed to early mediation and will be attending a full day of mediation on September 14, 2021, with a private mediator.  However, Defendant Aetna Resources LLC reserved its right to file a motion to compel arbitration if the parties' efforts to settle at mediation are unsuccessful.  The parties now request that the Court continue the August 31, 2021 status conference for an additional 30 to 60 days to allow for

1

meaningful settlement discussions.  (*Id.*)

Having considered the parties' stipulation, and in the interests of judicial and party economy, the request to continue the status conference is GRANTED.  The status conference currently set for August 31, 2021, is HEREBY CONTINUED to **November 2, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  At least seven (7) days before the conference, the parties shall file a joint status report.  The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.  If the parties file a notice of settlement prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated:   **August 30, 2021**                    /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE

2