UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY DENISE WALKER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No.  1:21-cv-00156-AWI-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. No. 35.) |

On November 30, 2020, the Court issued an Order to Show Cause directing Plaintiff's Counsel Nicole Hajjar and Defendants Counsel Daniel Fears or Andrew Haeffele to show cause in writing why sanctions should not be imposed for their failure to appear at the November 16, 2021 status conference.  (Doc. No. 35.)

On November 23, 2021, counsel Daniel Fears filed a written response to the show cause order.  In his response, Mr. Fears details that his office inadvertently placed the hearing on the calendar at the incorrect time. (Doc. No. 37). Mr. Fears explains that he attempted to log on to the Zoom conference at about 9:16, before contacting the Court and learning that the hearing was actually scheduled for 9:00 am. (*Id.* at 2-3.)

On November 29, 2021, counsel Nicole Hajjar filed a declaration in response to the Order to Show Cause attached to a notice of settlement. (Doc. No. 38.) Ms. Hajjar informed the Court that her associate was unable to appear at the status conference due to a connection delay. (*Id*. at Exh. 1.) Ms. Hajjar also informed the Court that her paralegal emailed the Court to notify them of

1

1  the connection problem before being told the status conference had concluded. (*Id.*)

2  On November 29, 2021, the parties filed a Notice of Settlement of the case.

3  Having considered the response, the Order to Show Cause is HEREBY DISCHARGED.

4  No sanctions shall be imposed at this time.

IT IS SO ORDERED.

Dated: **December 1, 2021**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2